United States District Court
Southern District of Texas
**ENTERED**
January 09, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KHALIL EL-AMIN, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-1268 |
| OSCAR FLORES, MEGAN HERRIN, SHERIFF ED GONZALEZ, and HARRIS COUNTY, | § § § § | |
| Defendants. | § § | |

## **FINAL JUDGMENT**

On January 6, 2020, this case came on for jury trial and, after all the evidence was received, the jury received the Court's instructions on the law, heard the arguments of counsel, and retired to deliberate. On January 9, 2020, the jury rendered its unanimous Verdict, which the Court accepted and ordered filed. Now, therefore, for the reasons set forth in the Court's Memorandum and Order dated December 19, 2018 (Document No. 53), and further based on the Jury's Verdict rendered on January 9, 2020, it is

ORDERED and ADJUDGED that Plaintiff Khalil El-Amin take nothing on all of his claims against Defendants Oscar Flores, Megan Herrin, Sheriff Ed Gonzalez, and Harris County, and Plaintiff's cause of action is DISMISSED on the merits.

All other and further relief sought herein by any party and not expressly granted herein is DENIED.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order and send copies to all counsel of record.

SIGNED at Houston, Texas, on this 9TH day of January, 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE